.

| | | |
|---|---|---|
| BRYAN KEITH PATIN<br>PAMELA PURSLOW PATIN<br>317 OLD COLONY RD STE A<br>LAFAYETTE, LA 70506 | CREDIT ONE<br>PO BOX 98872<br>LAS VEGAS, NV 89193 | NAVY FEDERAL CU<br>ATTN: BANKRUPTCY<br>PO BOX 3302<br>MERRIFIELD, VA 22119 |
| THOMAS C. ROLLINS, JR.<br>THE ROLLINS LAW FIRM, PLLC<br>P.O. BOX 13767<br>JACKSON, MS 39236 | DR KATHERINE BRENNAN<br>PO BOX 117558<br>ATLANTA, GA 30368 | NET CREDIT<br>P.O. BOX 206766<br>DALLAS, TX 75320 |
| ACADIANA IMAGING<br>P.O. BOX 3711<br>LAKE CHARLES, LA 70602 | JACKSON ONCOLOGY ASSOC<br>1227 NORTH STATE ST<br>JACKSON, MS 39202 | NEW MEXICO CANCER CENT<br>4901 LANG AVE<br>ALBUQUERQUE, NM 87108 |
| AFFIRM, INC.<br>ATTN: BANKRUPTCY<br>650 CALIFORNIA ST<br>FL 12<br>SAN FRANCISCO, CA 94108 | LAFAYETTE GEN HOSP<br>1214 COOLIDGE ST<br>LAFAYETTE, LA 70503 | ONEMAIN<br>PO BOX 1010<br>EVANSVILLE, IN 47706 |
| AVANT<br>222 NORTH LASALLE ST<br>SUITE 1600<br>CHICAGO, IL 60601 | LOVELACE HEALTH<br>715 D MLK AVE<br>ALBUQUERQUE, NM 87102 | OSCHNER CARDIO<br>PO BOX 669462<br>DALLAS, TX 75266 |
| CAPITAL ONE<br>ATTN: BANKRUPTCY<br>P.O. BOX 30285<br>SALT LAKE CITY, UT 84130 | LVNV FUNDING<br>ATTN: BANKRUPTCY<br>PO BOX 10497<br>GREENVILLE, SC 29603 | PRESBYTERIAN HOSPITAL<br>9521 SAN MATEO NE<br>ALBUQUERQUE, NM 87123 |
| CAPITAL ONE<br>PO BOX 31293<br>SALT LAKE CITY, UT 84131 | LVNV FUNDING<br>2810 SOUTHAMPTON RD<br>PHILADELPHIA, PA 19154 | SYNCHRONY BANK<br>ATTN: BANKRUPTCY<br>PO BOX 965060<br>ORLANDO, FL 32896 |
| CARDIOSPECIALIST OF AC<br>P.O. BOX 739295<br>DALLAS, TX 75373 | MERIT HEALTH<br>2100 HWY 61 N<br>VICKSBURG, MS 39183 | UNIVERSITY OF NM HOSP<br>1131 UNIVERSITY BLVD<br>ALBUQUERQUE, NM 87102 |
| CARDIOVASCULAR INST<br>P.O. BOX 117558<br>ATLANTA, GA 30368 | NAVY FCU<br>ATTN: BANKRUPTCY<br>PO BOX 3000<br>MERRIFIELD, VA 22119 | VERIZON<br>PO BOX 11328<br>SAINT PETERSB, FL 33733 |