United States Bankruptcy Court
Southern District of Mississippi

In re:   Case No. 25-51907-KMS
Bryan Keith Patin   Chapter 7
Pamela Purslow Patin
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 2
Date Rcvd: Dec 18, 2025     Form ID: def     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2025:**

**Recip ID**     **Recipient Name and Address**
db/jdb     #+   Bryan Keith Patin, Pamela Purslow Patin, 317 Old Colony Rd Ste A, Lafayette, LA 70506-3711

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 20, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2025 at the address(es) listed below:

**Name**     **Email Address**

Thomas Carl Rollins, Jr
    on behalf of Joint Debtor Pamela Purslow Patin trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr
    on behalf of Debtor Bryan Keith Patin trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

District/off: 0538-6 User: mssbad Page 2 of 2
Date Rcvd: Dec 18, 2025 Form ID: def Total Noticed: 1
TOTAL: 3

mssb−defntc (Rev. 12/23)

**UNITED STATES BANKRUPTCY COURT**
**Southern District of Mississippi**

In re:  Case No.: 25−51907−KMS
Chapter: 7

Bryan Keith Patin          Pamela Purslow Patin
317 Old Colony Rd Ste A    317 Old Colony Rd Ste A
Lafayette, LA 70506        Lafayette, LA 70506

Social Security / Individual Taxpayer ID No.:
  xxx−xx−9216           xxx−xx−4373

Employer Tax ID / Other nos.:

**DEFICIENCY NOTICE**
**(Notice of Missing Documents and**
**Notice of Dismissal if Documents Not Timely Filed)**

To the Debtor(s) and his attorney, if any:

In order for this case to be administered, it is necessary that the item(s) described below be filed immediately.

Ch 7 Income Form 122A−1 due 01/02/2026
Aty Disclosure Stmt. due 01/02/2026
Schedules A−J2 due 01/02/2026
Sum. of Assets and Liabilities due 01/02/2026
Stmt. of Fin. Affairs due 01/02/2026

In the event the Schedules, Statements, and Other Documents pursuant to Federal Rules of Bankruptcy Procedure, Rule 1007(c) and/or 3015(b) are not filed on or before the above due deadline, this case may be dismissed without further notice or hearing.

**Dated:** 12/18/25          Danny L. Miller, Clerk of Court
                             Dan M. Russell, Jr. U.S. Courthouse
                             2012 15th Street, Suite 244
                             Gulfport, MS 39501

**Note:** Pursuant to Miss. Bankr. L. R. 1009−1, it is the responsibility of the debtor to notice any added creditors. Therefore, if there are creditors listed on the schedules which were not listed when the matrix was initially filed, the debtor/attorney for debtor should notice the added creditors. A copy of the notice with certificate of mailing should be filed simultaneously with the schedules.