Certificate Number: 17082-MSS-DE-040441847

Bankruptcy Case Number: 25-51907



17082-MSS-DE-040441847

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 23, 2025, at 12:21 o'clock PM MST, BRYAN K PATIN completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:    December 23, 2025            By:    /s/Orsolya K Lazar

Name:    Orsolya K Lazar

Title:    Executive Director