WWR# 042057987

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
AT GULFPORT

| | |
|---|---|
| IN RE: | CASE NO. 25-51907 |
| BRYAN KEITH PATIN | CHAPTER 7 |
| PAMELA PURSLOW PATIN | JUDGE KATHARINE M. SAMSON |
| DEBTOR(S) | |

## **REQUEST FOR NOTICE**

Now comes Weltman, Weinberg and Reis Co., L.P.A., and hereby enters its appearance as Agent for creditor, NAVY FEDERAL CREDIT UNION.

Please send all further communications, pleadings, court notices, and other documents intended for NAVY FEDERAL CREDIT UNION to undersigned Agent.

Respectfully submitted,
Weltman, Weinberg & Reis Co. LPA

/s/ Aiyanna Kehoe
Aiyanna Kehoe
Agent for Creditor
5990 West Creek Rd Suite 200
Independence, OH 44131
877-338-9484
BNK-LegalSupport@weltman.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance was served on the following registered ECF Participants, **electronically** through the court's ECF System at the email address registered with the court and by **ordinary U.S. Mail** on 2nd day of January, 2025 addressed to:

THOMAS CARL ROLLINS JR, Attorney for Debtor
TROLLINS@THEROLLINSFIRM.COM

DEREK A HENDERSON, Trustee
1765A LELIA DR STE 103
JACKSON, MS 39216

OFFICE OF THE UNITED STATES TRUSTEE @ usdoj.gov

BRYAN KEITH PATIN
317 OLE COLONY RD STE A
LAFAYETTE, LA 70506

PAMELA PURSLOW PATIN
317 OLE COLONY RD STE A
LAFAYETTE, LA 70506

Respectfully submitted,
Weltman, Weinberg & Reis Co. LPA

/s/ Aiyanna Kehoe
Aiyanna Kehoe
Agent for Creditor
5990 West Creek Rd Suite 200
Independence, OH 44131
877-338-9484
BNK-LegalSupport@weltman.com