United States Bankruptcy Court
Southern District of Mississippi

In re:                                                          Case No. 25-51907-KMS

Bryan Keith Patin                                              Chapter 7

Pamela Purslow Patin

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6          User: admin          Page 1 of 3

Date Rcvd: Mar 24, 2026          Form ID: 318          Total Noticed: 32

The following symbols are used throughout this certificate:

**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Bryan Keith Patin, Pamela Purslow Patin, 221 Okatoma River Rd, Hattiesburg, MS 39401-8485 |
| 5603978 | + | Acadiana Imaging, P.O. Box 3711, Lake Charles, LA 70602-3711 |
| 5603983 | + | CardioSpecialist of Ac, P.O. Box 739295, Dallas, TX 75373-9295 |
| 5603984 | + | Cardiovascular Inst, P.O. Box 117558, Atlanta, GA 30368-7558 |
| 5603986 | + | Dr Katherine Brennan, PO Box 117558, Atlanta, GA 30368-7558 |
| 5603991 | + | LVNV Funding, 2810 Southampton Rd, Philadelphia, PA 19154-1207 |
| 5603988 | + | Lafayette Gen Hosp, 1214 Coolidge St, Lafayette, LA 70503-2696 |
| 5603989 | + | Lovelace Health, 715 D MLK Ave, Albuquerque, NM 87102-3668 |
| 5603992 | + | Merit Health, 2100 Hwy 61 N, Vicksburg, MS 39183-8211 |
| 5603996 | + | New Mexico Cancer Cent, 4901 Lang Ave, Albuquerque, NM 87109-4397 |
| 5603998 | + | Oschner Cardio, PO Box 669462, Dallas, TX 75266-0233 |
| 5603999 | + | Presbyterian Hospital, 9521 San Mateo NE, Albuquerque, NM 87113-2237 |
| 5604001 | + | University of NM Hosp, 1131 University Blvd, Albuquerque, NM 87102-1728 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QDAHENDERSON.COM | Mar 24 2026 23:41:00 | Derek A Henderson T1, 1765-A Lelia Drive, Suite 103, Jackson, MS 39216-4820 |
| 5603979 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Mar 24 2026 19:54:44 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5603980 | + | Email/Text: bk@avant.com | Mar 24 2026 19:51:00 | Avant, 222 North Lasalle St, Suite 1600, Chicago, IL 60601-1112 |
| 5603981 | + | EDI: CAPITALONE.COM | Mar 24 2026 23:41:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5603982 | + | EDI: CAPITALONE.COM | Mar 24 2026 23:41:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 5614419 | + | EDI: AIS.COM | Mar 24 2026 23:41:00 | Capital One, N.A., by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5603985 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 24 2026 19:54:38 | Credit One, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5603987 | + | Email/Text: dwages@jacksononcology.com | Mar 24 2026 19:51:00 | Jackson Oncology Assoc, 1227 North State St, Jackson, MS 39202-2002 |
| 5603990 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 24 2026 19:54:38 | Lvnv Funding, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5603993 | + | EDI: NFCU.COM | Mar 24 2026 23:41:00 | NAVY FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 5603994 | + | EDI: NFCU.COM | Mar 24 2026 23:41:00 | Navy Federal CU, Attn: Bankruptcy, Po Box 3302, |

District/off: 0538-6                    User: admin                    Page 2 of 3

Date Rcvd: Mar 24, 2026                 Form ID: 318                   Total Noticed: 32

|  |  |  |  | Merrifield, VA 22119-3302 |
|---|---|---|---|---|
| 5607825 | + Email/Text: BKRMailOps@weltman.com | Mar 24 2026 19:51:00 |  | Navy Federal Credit Union, c/o Weltman Weinberg & Reis Co LPA, 5990 West Creek Rd Ste 200, Independence, OH 44131-2191 |
| 5603995 | + Email/Text: netcreditbnc@enova.com | Mar 24 2026 19:51:50 |  | Net Credit, P.O. Box 206766, Dallas, TX 75320-6766 |
| 5622494 | + EDI: AGFINANCE.COM | Mar 24 2026 23:41:00 |  | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 5603997 | + EDI: AGFINANCE.COM | Mar 24 2026 23:41:00 |  | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 5626915 | + Email/Text: bknotices@smsfinancial.net | Mar 24 2026 19:51:00 |  | SMS FINANCIAL NCU, LLC, 3707 EAST SHEA BLVD., SUITE 100, PHOENIX, ARIZONA 85028-3453 |
| 5604000 | + EDI: SYNC | Mar 24 2026 23:41:00 |  | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5604002 | + EDI: VERIZONCOMB.COM | Mar 24 2026 23:41:00 |  | Verizon, PO Box 11328, Saint Petersb, FL 33733-1328 |
| 5624636 | + EDI: AIS.COM | Mar 24 2026 23:41:00 |  | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 19

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | NAVY FEDERAL CREDIT UNION, c/o Weltman, Weinberg & Reis Co., LPA, 5990 West Creek Rd, Suite 200, Independence, OH 44131-2191 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2026                Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Derek A Henderson T1 | trustee@derekhendersonlaw.com  dhenderson@ecf.axosfs.com;denise@derekhendersonlaw.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Pamela Purslow Patin trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |

District/off: 0538-6        User: admin        Page 3 of 3

Date Rcvd: Mar 24, 2026        Form ID: 318        Total Noticed: 32

Thomas Carl Rollins, Jr

       on behalf of Debtor Bryan Keith Patin trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

       USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 4

| | | |
|---|---|---|
| **Information to identify the case:** | | |
| Debtor 1 | **Bryan Keith Patin** | Social Security number or ITIN **xxx–xx–9216** |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Pamela Purslow Patin** | Social Security number or ITIN **xxx–xx–4373** |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court for the **Southern District of Mississippi** | | |
| Case number:  **25–51907–KMS** | | |

## Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Bryan Keith Patin**                                    **Pamela Purslow Patin**

Dated: <u>3/24/26</u>                      **By the court:** <u>/s/Katharine M. Samson</u>
                                                                      United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                    **Order of Discharge**                    page 2